# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ludwig, Brett H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of Wisconsin | 3. Date of Report<br><br>02/29/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2019 | Marquette University Law School -- adjunct professor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | State Bar of Wisconsin | February 28-March 1, 2019 | Kohler, WI | Annual BICR Educational/ Social Retreat | Transportation, meals, lodging |
| 2. | State Bar of Wisconsin | April 26, 2019 | Eau Claire, WI | Northwest Wisconsin Bankruptcy Institute | Meals |
| 3. | American Bankruptcy Institute | June 13-15, 2019 | Traverse City, MI | American Bankruptcy Institute # Central States Bankruptcy Workshop | Transportation, meals, lodging |
| 4. | State Bar of Wisconsin | November 7, 2019 | Madison, WI | State Bar Annual Update | Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 02/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 02/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. | BMO Harris Accounts (cash) | A | Interest | M | T | | | | | |
| 3. | Northwestern Mutual Whole Life I | B | Dividend | L | T | | | | | |
| 4. | Northwestern Mutual Whole Life II | A | Dividend | K | T | | | | | |
| 5. | Northwestern Mutual Adjustable CompLife | B | Dividend | K | T | | | | | |
| 6. | Edvest 529 Account - Age-Based Investment Option 3402 | | None | | | Sold | 12/20/19 | M | | |
| 7. | Edvest 529 Account - Age-Based Investment Option 3403 | | None | M | T | Buy | 12/20/19 | M | | |
| 8. | American Funds 529 Account - College 2021 Fund (CTOAX) | C | Dividend | M | T | | | | | |
| 9. | NORTHWESTERN MUTUAL VARIABLE LIFE INS POLICY (H) | | | | | | | | | |
| 10. | MSA/Franklin Templeton Int'l Equity | A | Dividend | K | T | | | | | |
| 11. | MSA Index 500 Stock | A | Dividend | K | T | | | | | |
| 12. | MSA/TRP Growth Stock | A | Dividend | K | T | | | | | |
| 13. | MSA Index 400 Stock | A | Dividend | K | T | | | | | |
| 14. | MSA/Wellington Mgmt Small Cap Growth | A | Dividend | K | T | | | | | |
| 15. | IRA #1 (H) | | | | | | | | | |
| 16. | VANGUARD FED MMF (VMFXX) (cash equivalent) | C | Int./Div. | M | T | | | | | |
| 17. | VANGUARD TARGET RET 2035 I (VTTHX) | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludwig, Brett H.** | 02/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  IRA #2 (H) | | | | | | | | | |
| 19.  VANGUARD TARGET RET 2035 I (VTTHX) | A | Dividend | K | T | | | | | |
| 20.  IRA #3 (H) | | | | | | | | | |
| 21.  American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 22.  American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 23.  American Funds The Growth Fund of America (AGTHX) | B | Dividend | K | T | | | | | |
| 24.  American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 25.  American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 26.  Vanguard Life Strategy Growth Portfolio (VASGX) | A | Dividend | J | T | | | | | |
| 27.  Vanguard US Growth Fund (VWUSX) | A | Dividend | J | T | | | | | |
| 28.  Vanguard 500 Index Adm. (VFIAX) | A | Dividend | J | T | | | | | |
| 29.  American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 30.  IRA #4 (H) | | | | | | | | | |
| 31.  American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 32.  American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 33.  American Funds The Growth Fund of America (AGTHX) | B | Dividend | K | T | | | | | |
| 34.  American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludwig, Brett H.** | 02/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 36. American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 37. 401K #1 (H) | | | | | | | | | |
| 38. Northwestern Mutual Annual Fixed Rate Fund (4769) | C | Dividend | N | T | | | | | |
| 39. T Rowe Price Real Estate Fund (TRREX) | C | Dividend | | | Sold | 12/13/19 | K | | |
| 40. Loomis Sayles Small Cap Growth Fund (LSSIX) | A | Dividend | | | Sold | 02/25/19 | J | A | |
| 41. Vanguard Target Retirement 2035 Trust II (1477) | | None | L | T | Buy (add'l) | 02/25/19 | J | | |
| 42. Vanguard Mid-Cap Index Fund (VMCPX) | A | Dividend | L | T | | | | | |
| 43. Vanguard Total Stock Market Index Fund (VSMPX) | A | Dividend | L | T | | | | | |
| 44. Vanguard Total Bond Market Index Fund (VBTIX) | A | Dividend | K | T | | | | | |
| 45. Vanguard Total Int'l Stock Index Fund (VTSNX) | | None | | | Sold | 02/25/19 | J | A | |
| 46. Vanguard Real Estate Index Instl. (VGSNX) | A | Dividend | K | T | Buy | 12/13/19 | K | | |
| 47. BROKERAGE #1 (H) | | | | | | | | | |
| 48. Northwestern Mutual Cash Deposits (cash) (X) | A | Interest | K | T | | | | | |
| 49. American Funds Europacific Growth Fund (AEPGX) | B | Dividend | L | T | | | | | |
| 50. American Funds The Growth Fund of America (AGTHX) | E | Dividend | M | T | | | | | |
| 51. American Funds Smallcap World Fund (SMCWX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. American Funds Washington Mutual Investors Fund (AWSHX) | D | Dividend | M | T | | | | | |
| 53. BROKERAGE #2 (H) | | | | | | | | | |
| 54. Northwestern Mutual Cash Deposits (cash) (X) | A | Interest | K | T | | | | | |
| 55. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | K | T | | | | | |
| 56. American Funds The Growth Fund of America (AGTHX) | D | Dividend | M | T | | | | | |
| 57. American Funds New Perspective Fund (ANWPX) | C | Dividend | M | T | | | | | |
| 58. American Funds Smallcap World Fund (SMCWX) | D | Dividend | M | T | | | | | |
| 59. American Funds The Tax-Exempt Bond Fund of America (AFTEX) | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 02/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: Whole life policy; no underlying assets.

Edvest 529 Account - Age-Based Investment Option 3402 was formerly listed as Edvest 529 Account - Balanced Portfolio Option 3437.

MSA/TRP Growth Stock was formerly listed as MSA/The Boston Company Growth Stock.

Vanguard 500 Index Adm. (VFIAX) was formerly listed as Vanguard 500 Index (VFINX).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 02/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brett H. Ludwig**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544